UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKASNAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 27 2016

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

| | |
|---|---|
| ARcare d/b/a Parkin Drug, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IMS Health Inc.<br><br>Defendant. | No.<br>2:16CV080-JLH<br><br>**Complaint—Class Action**<br>**Demand for Jury Trial**<br><br>This case assigned to District Judge Holmes<br>and to Magistrate Judge Harris |

## CLASS ACTION COMPLAINT

Plaintiff, ARcare d/b/a Parkin Drug ("Plaintiff"), on behalf of itself and all others similarly situated, brings this Complaint against IMS Health Inc. ("Defendant") for violations of the federal Telephone Consumer Protection Act. Plaintiff seeks certification of its claims against Defendant as a class action. In support, Plaintiff states as follows:

### INTRODUCTION

1. This case challenges Defendant's policies and practices of faxing unsolicited advertisements without providing an opt-out notice as required by law.

2. Congress enacted the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, to regulate the fast-growing expansion of the telemarketing industry. As is pertinent here, the TCPA and its implementing regulations prohibit persons within the United States from sending advertisements via fax without including a detailed notice that allows recipients to expeditiously opt out of receiving future solicitations.

3. Junk faxes disrupt recipients' peace, drain recipients' paper, ink, and toner, and cause recipients tangible damages. Junk faxes also cause recipients to waste valuable time retrieving and discerning the purpose of the faxes; prevent fax machines from receiving and sending authorized faxes; and cause undue wear and tear on recipients' fax machines. Plaintiff

offers pharmaceutical services and must use its fax machine to receive communications about patients. That purpose is impeded when Plaintiff's fax machine is invaded by junk faxes.

4. The TCPA provides a private right of action and statutory damages of $500 per violation, which may be trebled when the violation is willing or knowing.

5. On behalf of itself and all others similarly situated, Plaintiff brings this case under the TCPA to recover declaratory relief, damages for violations of the TCPA, and an injunction prohibiting Defendant from future TCPA violations.

## JURISDICTION AND VENUE

6. This Court has jurisdiction over Defendant because at all relevant times Defendant has transacted business within the State of Arkansas through sending facsimiles to Arkansas residents. Defendant also receive revenue from business they transact in Arkansas.

7. This Court has subject-matter jurisdiction over Plaintiff's TCPA claim pursuant to 28 U.S.C. § 1331.

8. Venue in this district is proper because this is the district in which a substantial part of the events giving rise to the claim occurred and where a substantial part of the property that is the subject of this action is situated.

## PARTIES

9. Plaintiff, ARcare, d/b/a Parkin Drug Store, is an Arkansas non-profit corporation located in Augusta, Arkansas. Among other entities, ARcare owns and operates the Parkin Drug Store and the Bald Knob Medical Clinic.

10. Defendant IMS Health Inc. is a Connecticut entity that features global information and technology services that help improve performance and protect patient privacy. IMS Health Inc. owns Healthcare Data Solutions.

## FACTS

11.     On May 11, 2015, Defendant sent an unsolicited advertisement to Plaintiff's ink-and-paper facsimile machine. The fax advertises services offered by Healthcare Data Solutions—which is owned completely by IMS Health Incorporated. A copy of this facsimile is attached hereto and marked as Exhibit A.

12.     Exhibit A is exemplary of the junk faxes Defendant sends.

13.     Upon information and belief, Plaintiff has received multiple fax advertisements from Defendant similar to Exhibit A. Indeed, between March 21, 2016 and June 15, 2016, Defendant sent at least 5 additional unsolicited faxes to Plaintiff's ink-and-paper facsimile machines. *See* attached Exhibit B, a compilation of 5 faxes sent to Plaintiff by Defendant. Upon information and belief, Plaintiff has received hundreds of additional fax advertisements from Defendant similar to Exhibit A.

14.     Defendant did not have Plaintiff's prior express invitation or permission to send advertisements to Plaintiff's fax machine.

15.     Defendant's faxes do not contain opt-out notices that comply with the requirements of the TCPA.

## CLASS ACTION ALLEGATIONS

16.     In accordance with Fed. R. Civ. P. 23, Plaintiff brings this action on behalf of the following class of persons (the "Class"):

> **All persons and entities who hold telephone numbers that received a facsimile transmission from Defendant at any time within the applicable statute of limitations to present (the "Class Period") that 1) promotes Defendant's products and 2) contains an opt-out notice identical or substantially similar to**

**that contained on the facsimile advertisement attached as Exhibit A to the Complaint.**

17. Plaintiff reserves the right to modify or amend the definition of the proposed Class before the Court determines whether certification is proper, as more information is gleaned in discovery.

18. Excluded from the Class are Defendant, any parent, subsidiary, affiliate, or controlled person of Defendant, as well as the officers, directors, agents, servants, or employees of Defendant and the immediate family members of any such person. Also excluded are any judge who may preside over this case and any attorneys representing Plaintiff or the Class.

19. <u>Numerosity [Fed R. Civ. P. 23(a)(1)]</u>. The Members of the Class are so numerous that joinder is impractical. Upon information and belief, Defendant has sent illegal fax advertisements to hundreds if not thousands of other recipients.

20. <u>Commonality [Fed. R. Civ. P. 23(a)(2)]</u>. Common questions of law and fact apply to the claims of all Class Members and include (but are not limited to) the following:

   (a) Whether Defendant sent faxes advertising the commercial availability of property, goods, or services;

   (b) The manner and method Defendant used to compile or obtain the list of fax numbers to which it sent Exhibit A and other fax advertisements;

   (c) Whether Defendant faxed advertisements without first obtaining the recipient's prior express permission or invitation;

   (d) Whether Defendant's advertisements contained the opt-out notice required by law;

   (e) Whether Defendant sent the fax advertisements knowingly or willfully;

   (f) Whether Defendant violated 47 U.S.C. § 227;

(g) Whether Plaintiff and the other Class Members are entitled to actual and/or statutory damages;

(h) Whether the Court should award treble damages; and

(i) Whether Plaintiff and the other Class Members are entitled to declaratory, injunctive, and/or other equitable relief.

21. <u>Typicality</u> [Fed. R. Civ. P. 23(a)(3)]. Plaintiff's claims are typical of the claims of all Class Members. Plaintiff received an unsolicited fax advertisement from Defendant during the Class Period. Plaintiff makes the same claims that it makes for the Class Members and seeks the same relief that it seeks for the Class Members. Defendant has acted in the same manner toward Plaintiff and all Class Members.

22. <u>Fair and Adequate Representation</u> [Fed. R. Civ. P. 23(a)(4)]. Plaintiff will fairly and adequately represent and protect the interests of the Class. It is interested in this matter, has no conflicts, and has retained experienced class counsel to represent the Class.

23. <u>Predominance and Superiority</u> [Fed. R. Civ. P. 23(b)(3)]. For the following reasons, common questions of law and fact predominate and a class action is superior to other methods of adjudication:

(a) Proof of Plaintiff's claims will also prove the claims of the Class without the need for separate or individualized proceedings;

(b) Evidence regarding defenses or any exceptions to liability that Defendant may assert will come from Defendant's records and will not require individualized or separate inquiries or proceedings;

(c) Defendant has acted and continue to act pursuant to common policies or practices in the same or similar manner with respect to all Class Members;

(d) The amount likely to be recovered by individual Members of the Class does not support individual litigation. A class action will permit a large number of relatively small claims involving virtually identical facts and legal issues to be resolved efficiently in one proceeding based on common proofs;

(e) This case is inherently well-suited to class treatment in that:

    (i) Defendant identified persons or entities to receive their fax transmissions, and it is believed that Defendant's computer and business records will enable Plaintiff to readily identify Class Members and establish liability and damages;

    (ii) Common proof can establish Defendant's liability and the damages owed to Plaintiff and the Class;

    (iii) Statutory damages are provided for in the statutes and are the same for all Class Members and can be calculated in the same or a similar manner;

    (iv) A class action will result in an orderly and expeditious administration of claims, and it will foster economies of time, effort, and expense;

    (v) A class action will contribute to uniformity of decisions concerning Defendant's practices; and

    (vi) As a practical matter, the claims of the Class are likely to go unaddressed absent class certification.

## CLAIM FOR RELIEF
**Violations of the Telephone Consumer Protection Act**
*47 U.S.C. § 227(b)(1)(C) and 47 C.F.R. § 64.1200(a)(4)*

24. Plaintiff hereby incorporates by reference each of the preceding paragraphs as though fully set forth herein.

25. The TCPA provides strict liability for sending fax advertisements in a manner that does not comply with the statute. Recipients of fax advertisements have a private right of action to seek an injunction or damages for violations of the TCPA and its implementing regulations. 47 U.S.C. § 227(b)(3).

26. The TCPA makes it unlawful to send any "unsolicited advertisement" via fax unless certain conditions are present. 47 U.S.C. § 227(b)(1)(C). "Unsolicited advertisement" is defined as "any material advertising the commercial availability or quality of any property, goods, or services which is transmitted to any person without that person's prior express invitation or permission, in writing or otherwise." 47 U.S.C. § 227(a)(5).

27. Unsolicited faxes are illegal if the sender and recipient do not have an "established business relationship." 47 U.S.C. § 227(b)(1)(C)(i). "Established business relationship" is defined as "a prior or existing relationship formed by a voluntary two-way communication between a person or entity and a business or residential subscriber with or without an exchange of consideration, on the basis of an inquiry, application, purchase or transaction by the business or residential subscriber regarding products or services offered by such person or entity, which relationship has not been previously terminated by either party." 47 U.S.C. § 227(a)(2); 47 C.F.R. § 64.1200(f)(6).

28. Regardless of whether the sender and recipient have an established business relationship, and regardless of whether the fax is unsolicited, a faxed advertisement is illegal

unless it includes an opt-out notice on its first page that complies with the TCPA's requirements. *See* 47 U.S.C. § 227(b)(1)(C)(iii); 47 C.F.R. § 64.1200(a)(4)(iv). To comply with the law, an opt-out notice must (1) inform the recipient that the recipient may opt out of receiving future faxes by contacting the sender; (2) provide both a domestic telephone number and a facsimile machine number—one of which must be cost-free—that the recipient may contact to opt out of future faxes; and (3) inform the recipient that the sender's failure to comply with an opt-out request within thirty days is a violation of law. *See* 47 U.S.C. § 227(b)(2)(D); 47 CFR § 64.1200(a)(4)(iii).

29. Defendant faxed unsolicited advertisements to Plaintiff that did not have compliant opt-out notices, in violation of 47 U.S.C. § 227(b)(1)(C) and 47 C.F.R. § 64.1200(a)(4).

30. Defendant knew or should have known (a) that Plaintiff had not given express invitation or permission for Defendant to fax advertisements about its products; (b) that Defendant's faxes did not contain a compliant opt-out notice; and (c) that Exhibit A is an advertisement.

31. Defendant's actions caused actual damage to Plaintiff and the Class Members. Defendant's junk faxes caused Plaintiff and the Class Members to lose paper, toner, and ink consumed in the printing of Defendant's faxes through Plaintiff's and the Class Members' fax machines. Defendant's faxes cost Plaintiff and the Class Members time that otherwise would have been spent on Plaintiff's and the Class Members' business activities.

32. In addition to statutory damages (and the trebling thereof), Plaintiff and the Class are entitled to declaratory and injunctive relief under the TCPA.

## REQUEST FOR RELIEF

WHEREFORE Plaintiff, individually and on behalf of all others similarly situated, respectfully requests that this Court:

a) Determine that this action may be maintained as a class action under Rule 23 of the Federal Rules of Civil Procedure;

b) Declare Defendant's conduct to be unlawful under the TCPA;

c) Award damages under the TCPA for each violation in the amount of actual monetary loss or $500, whichever is greater, and treble those damages assessed in violation of the TCPA;

d) Enjoin Defendant from additional violations;

e) Grant such other legal and equitable relief as the Court may deem appropriate, including Plaintiff's and the Class's attorney's fees and costs.

## JURY DEMAND

Plaintiff and the Members of the Class hereby request a trial by jury.

DATED: May 27, 2016

Respectfully submitted,

By: /s/ Randall K. Pulliam

Randall K. Pulliam, Esq.
rpulliam@cbplaw.com
**CARNEY BATES & PULLIAM, PLLC**
2800 Cantrell Rd., Suite 510
Little Rock, Arkansas 72202
Telephone: (501) 312-8500
Facsimile: (501) 312-8505

*Attorneys for Plaintiff and the Class*

# EXHIBIT A



**HEALTHCARE DATA SOLUTIONS**

650 J Street, Suite 305
Lincoln, NE 68508

May 11, 2015

Healthcare Data Solutions (HDS) works with pharmacies and prescribers to ensure the confidential exchange and confirmation of patient information. We want to verify that your fax number is compliant and secure to protect patient's information and allow pharmacies to verify prescriber information regarding prescription refill requests. Thank you for your time.

**Is the practice information on the left correct? If not, please correct it on the right.**

AR CARE
5787 HIGHWAY 64
PARKIN AR, 72373
Phone: 870-755-2234
Fax: 870-755-2260
Office Manager: CARREY LOVEDAY
Website: arcare.net

Practice Name: _____
Practice Address: _____
City/State/Zip: _____
Office Phone: _____ Office Fax: _____
Office Manager: _____
Website: _____

**Does your office use an Electronic Health Record (EHR)?**

☐ No   ☐ Yes, my EHR Vendor is: _____

**Please verify that REBECCA J POWERS NP practices at your location listed above. Please check ONE box:**

☐ Currently works at the practice listed above
☐ Has never worked here
☐ Retired
☐ Deceased

☐ Left our practice. If known, please indicate his/her current place of employment below.
☐ Works at another location of our group indicated below:

Practice Name: _____
Practice Address: _____
City/State/Zip: _____
Office Phone: _____ Office Fax: _____
Office Manager: _____

**870-755-2260 is direct fax number for REBECCA J POWERS NP?**

☐ Correct   ☐ Incorrect – the correct direct fax number is: _____

**To the best of my knowledge I confirm that the above information is true and correct:**

Name (Please print): _____  Title: _____
Signature: _____  Date: _____

**Please complete this document and fax back to (877) 763-0241.**

☐ Check here if you have additional information or would rather have one of our representatives call you.

ID 99823771 4227 M1

# EXHIBIT B



**HDS**
HEALTHCARE DATA SOLUTIONS

650 J Street, Suite 305
Lincoln, NE 68508

March 21, 2016

Healthcare Data Solutions (HDS) works with pharmacies and prescribers to ensure the confidential exchange and confirmation of patient information. We want to verify that your fax number is compliant and secure to protect patient's information and allow pharmacies to verify prescriber information regarding prescription refill requests. Thank you for your time.

**Is the practice information on the left correct? If not, please correct it on the right.**

| | |
|---|---|
| ARCARE<br>2624 HIGHWAY 42<br>CHERRY VALLEY AR, 72324<br>Office Phone: 870-442-2040<br>Office Fax: 870-442-2042<br>Office Manager:<br>Website: | Practice Name: _____<br>Practice Address: _____<br>City/State/Zip: _____<br>Office Phone: _____ Office Fax: _____<br>Office Manager: _____<br>Website: _____ |

**Does your office use an Electronic Health Record (EHR)?**

☐ No  ☐ Yes, my EHR Vendor is: _____

**Please verify that Dr. STEVEN F COLLIER MD practices at your location listed above. Please check ONE box:**

☐ Currently works at the practice listed above

☐ Left our practice. If known, please indicate his/her current place of employment below.

☐ Has never worked here

☐ Works at another location of our group indicated below:

☐ Retired

☐ Deceased

Practice Name: _____
Practice Address: _____
City/State/Zip: _____
Office Phone: _____ Office Fax: _____
Office Manager: _____

**870-442-2042 is direct fax number for Dr. STEVEN F COLLIER MD?**

☐ Correct  ☐ Incorrect – the correct direct fax number is: _____

**To the best of my knowledge I confirm that the above information is true and correct:**

Name (Please print): _____   Title: _____

Signature: _____   Date: _____

Please complete this document and fax back to **(877) 763-0241**.

ID 100536602 6180 P1

☐ Check here if you have additional information or would rather have one of our representatives call you.

For questions or to unsubscribe, contact us at: Phone: 800-467-7818 | Fax: 877-763-0241 | www.healthcaredatasolutions.com/verify-info



**HDS**

650 J Street, Suite 305
Lincoln, NE 68508

April 19, 2016

Healthcare Data Solutions (HDS) works with pharmacies and prescribers to ensure the confidential exchange and confirmation of patient information. We want to verify that your fax number is compliant and secure to protect patient's information and allow pharmacies to verify prescriber information regarding prescription refill requests. Thank you for your time.

**Is the practice information on the left correct? If not, please correct it on the right.**

WHITE RIVER RURAL HEALTH CENTER
2802 HIGHWAY 367 N
BALD KNOB AR, 72010
Phone: 501-724-6207
Fax: 501-724-3305
Office Manager: KELLY MARTIN
Website: wrrhc-ar.org

Practice Name: _____
Practice Address: _____
City/State/Zip: _____
Office Phone: _____ Office Fax: _____
Office Manager: _____
Website: _____

**Does your office use an Electronic Health Record (EHR)?**

☐ No   ☐ Yes, my EHR Vendor is: _____

**Please verify that NIKKI MICHELLE TAYLOR NP practices at your location listed above. Please check ONE box:**

☐ Currently works at the practice listed above

☐ Left our practice. If known, please indicate his/her current place of employment below.

☐ Has never worked here

☐ Works at another location of our group indicated below:

☐ Retired

☐ Deceased

Practice Name: _____
Practice Address: _____
City/State/Zip: _____
Office Phone: _____ Office Fax: _____
Office Manager: _____

**501-724-3305 Is direct fax number for NIKKI MICHELLE TAYLOR NP?**

☐ Correct   ☐ Incorrect – the correct direct fax number is: _____

**To the best of my knowledge I confirm that the above information is true and correct:**

Name (Please print): _____   Title: _____

Signature: _____   Date: _____

**Please complete this document and fax back to (877) 763-0241.**

ID 99682056 6374 M1

☐ Check here if you have additional information or would rather have one of our representatives call you.

For questions or to unsubscribe, contact us at: Phone. 800-467-7818 | Fax: 877-763-0241 | www.healthcaredatasolutions.com/verify-info

**ims**health | HEALTHCARE DATA SOLUTIONS

650 J Street, Suite 305
Lincoln, NE 68508

April 20, 2016

Healthcare Data Solutions (HDS) works with pharmacies and prescribers to ensure the confidential exchange and confirmation of patient information. We want to verify that your fax number is compliant and secure to protect patient's information and allow pharmacies to verify prescriber information regarding prescription refill requests. Thank you for your time.

---

**Is the practice information on the left correct? If not, please correct it on the right.**

WHITE RIVER RURAL HEALTH CT
615 N MAIN ST
BRINKLEY, AR 72021
Main Phone: 870-734-1150
Main Fax: 870-734-1179
Website: wrrhc-ar.org

Practice Name: _____
Practice Address: _____
City/State/Zip: _____
Office Phone: _____ Office Fax: _____
Website: _____

---

**Does your office use an Electronic Health Record (EHR)?**

☐ No   ☐ Yes, my EHR Vendor is: _____

---

**Our records indicate that the following providers practice at the above location. Please check ONE box:**

**PARSAD ATOATA MD**
ID 100701787

☐ Currently works at the practice listed above    ☐ Has never worked here
☐ Deceased  ☐ Retired  ☐ Left our Practice    ☐ Works at another location of our group

Is 870-734-1150 the direct/department PHONE number for Dr. PARSAD ATOATA MD?
☐ Correct    ☐ Incorrect – the correct direct PHONE is: _____

Is 870-734-1179 the direct/department FAX number for Dr. PARSAD ATOATA MD's prescription refill requests?
☐ Correct    ☐ Incorrect – the correct direct FAX is: _____

**RENEE ANDREWNETTA J JONES MD**
ID 101134960

☐ Currently works at the practice listed above    ☐ Has never worked here
☐ Deceased  ☐ Retired  ☐ Left our Practice    ☐ Works at another location of our group

Is 870-734-1150 the direct/department PHONE number for Dr. RENEE ANDREWNETTA J JONES MD?
☐ Correct    ☐ Incorrect – the correct direct PHONE is: _____

Is 870-734-1179 the direct/department FAX number for Dr. RENEE ANDREWNETTA J JONES MD's prescription refill requests?
☐ Correct    ☐ Incorrect – the correct direct FAX is: _____

ID

☐ Currently works at the practice listed above    ☐ Has never worked here
☐ Deceased  ☐ Retired  ☐ Left our Practice    ☐ Works at another location of our group

Is the direct/department PHONE number for Dr. ?
☐ Correct    ☐ Incorrect – the correct direct PHONE is: _____

Is the direct/department FAX number for Dr. 's prescription refill requests?
☐ Correct    ☐ Incorrect – the correct direct FAX is: _____

---

To the best of my knowledge I confirm that the above information is true and correct:

Name (Please print): _____  Title: _____

Signature: _____  Date: _____

---

Please complete this document and fax back to **(877) 763-0241**.

ID 10039131 6377 P3

☐ Check here if you have additional information or would rather have one of our representatives call you.

For questions or to unsubscribe, contact us at: Phone: 800-467-7818 ; Fax: 877-763-0241 | www.healthcaredatasolutions.com/verify-info



**HEALTHCARE DATA SOLUTIONS**

650 J Street, Suite 305
Lincoln, NE 68508

May 13, 2015

Healthcare Data Solutions (HDS) works with pharmacies and prescribers to ensure the confidential exchange and confirmation of patient information. We want to verify that your fax number is compliant and secure to protect patient's information and allow pharmacies to verify prescriber information regarding prescription refill requests. Thank you for your time.

**Is the practice information on the left correct? If not, please correct it on the right.**

AUGUSTA MEDICAL CLINIC
623 N 9TH ST
AUGUSTA AR, 72006
Phone: 870-347-2508
Fax: 870-347-5556
Office Manager: BILLYE ROBERTSON
Website: wrrhc-ar.org

Practice Name: _____

Practice Address: _____

City/State/Zip: _____

Office Phone: _____ Office Fax: _____

Office Manager: _____

Website: _____

**Does your office use an Electronic Health Record (EHR)?**

☐ No   ☐ Yes, my EHR Vendor is: _____

**Please verify that LACEY POE NP practices at your location listed above. Please check ONE box:**

☐ Currently works at the practice listed above

☐ Left our practice. If known, please indicate his/her current place of employment below.

☐ Has never worked here

☐ Works at another location of our group indicated below:

☐ Retired

Practice Name: _____

☐ Deceased

Practice Address: _____

City/State/Zip: _____

Office Phone: _____ Office Fax: _____

Office Manager: _____

**870-347-5556 is direct fax number for LACEY POE NP?**

☐ Correct   ☐ Incorrect – the correct direct fax number is: _____

**To the best of my knowledge I confirm that the above information is true and correct:**

Name (Please print): _____ Title: _____

Signature: _____ Date: _____

**Please complete this document and fax back to (877) 763-0241.**

☐ Check here if you have additional information or would rather have one of our representatives call you.

ID 100517293 4246 M1

For questions or to unsubscribe, contact us at: Phone: 800-467-7818 | Fax: 877-763-0241 | www.healthcaredatasolutions.com/verify-info



**HEALTHCARE DATA SOLUTIONS**

650 J Street, Suite 305
Lincoln, NE 68508

June 15, 2015

Healthcare Data Solutions (HDS) works with pharmacies and prescribers to ensure the confidential exchange and confirmation of patient information. We want to verify that your fax number is compliant and secure to protect patient's information and allow pharmacies to verify prescriber information regarding prescription refill requests. Thank you for your time.

### Is the practice information on the left correct? If not, please correct it on the right.

AUGUSTA MEDICAL CLINIC
623 N 9TH ST
AUGUSTA, AR 72006
Main Phone: 870-347-2508
Main Fax: 870-347-5556
Website: wrrhc-ar.org

Practice Name: _____
Practice Address: _____
City/State/Zip: _____
Office Phone: _____ Office Fax: _____
Website: _____

### Does your office use an Electronic Health Record (EHR)?

☐ No   ☐ Yes, my EHR Vendor is: _____

### Our records indicate that the following providers practice at the above location. Please check ONE box:

**STEVEN F COLLIER MD**
ID 2691747

☐ Currently works at the practice listed above   ☐ Has never worked here
☐ Deceased   ☐ Retired   ☐ Left our Practice   ☐ Works at another location of our group

Is 870-347-2508 the direct/department PHONE number for Dr. STEVEN F COLLIER MD?
☐ Correct   ☐ Incorrect – the correct direct PHONE is: _____

Is 870-347-5556 the direct/department FAX number for Dr. STEVEN F COLLIER MD's prescription refill requests?
☐ Correct   ☐ Incorrect – the correct direct FAX is: _____

**JOSEPH WILLIAM REARDON III MD**
ID 99496412

☐ Currently works at the practice listed above   ☐ Has never worked here
☐ Deceased   ☐ Retired   ☐ Left our Practice   ☐ Works at another location of our group

Is 870-347-2508 the direct/department PHONE number for Dr. JOSEPH WILLIAM REARDON III MD?
☐ Correct   ☐ Incorrect – the correct direct PHONE is: _____

Is 870-347-5556 the direct/department FAX number for Dr. JOSEPH WILLIAM REARDON III MD's prescription refill requests?
☐ Correct   ☐ Incorrect – the correct direct FAX is: _____

ID

☐ Currently works at the practice listed above   ☐ Has never worked here
☐ Deceased   ☐ Retired   ☐ Left our Practice   ☐ Works at another location of our group

Is the direct/department PHONE number for Dr. ?
☐ Correct   ☐ Incorrect – the correct direct PHONE is: _____

Is the direct/department FAX number for Dr. 's prescription refill requests?
☐ Correct   ☐ Incorrect – the correct direct FAX is: _____

### To the best of my knowledge I confirm that the above information is true and correct:

Name (Please print): _____   Title: _____

Signature: _____   Date: _____

### Please complete this document and fax back to **(877) 763-0241**.

☐ Check here if you have additional information or would rather have one of our representatives call you.

ID 10127744 4447 P3

For questions or to unsubscribe, contact us at: Phone: 800-467-7818 | Fax: 877-763-0241 | www.healthcaredatasolutions.com/verify-info