# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

ARCARE, d/b/a PARKIN DRUG, on behalf  PLAINTIFF
of itself and all others similarly situated

v.                    No. 2:16CV00080 JLH

IMS HEALTH, INC.                            DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, this action is dismissed without prejudice.

IT IS SO ORDERED this 15th day of September, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE